413 U. S. 912 (1973). On remand, the Illinois Supreme Court again affirmed the convictions.

For the reasons stated in my dissent from the remand of this case, *id.*, at 911, and because the present judgment was rendered after *Miller,* I would grant certiorari and reverse.*

No. 74–1024. SIERRA CLUB *v.* HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 5th Cir. Motion of Citizens for Better Environment et al. for leave to join in petition for writ of certiorari denied. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion and petition.

No. 74–1065. ILLINOIS *v.* GRAYSON. Sup. Ct. Ill. Certiorari denied, it appearing the judgment below rests upon adequate state grounds. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–926. CITY OF PITTSBURGH *v.* PUBLIC PARKING AUTHORITY OF PITTSBURGH ET AL., *ante,* p. 912;

No. 74–930. ILLINOIS ET AL. *v.* FEDERAL POWER COMMISSION ET AL., *ante,* p. 912;

No. 74–5964. OLENZ *v.* CLEARY ET AL., 420 U. S. 994; and

No. 74–6034. WHITE *v.* MICHIGAN STATE UNIVERSITY, *ante,* p. 918. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.

---

*Although four of us would grant certiorari and reverse the judgment, the Justices who join this opinion do not insist that the case be decided on the merits.